FILED

07/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0050

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0050

_____

MATTHEW MONFORTON,

      Petitioner and Appellant,

  v.                                      O R D E R

JONATHAN MOTL,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Matthew Monforton, to all counsel of record, and to the Honorable Rienne McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 1 2020